1

2

3

4

5

6

7                        IN THE UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   RICHARD MADDOX, a natural person;  )
     KAREN ALEXANDROU, a natural        )
11   person; TIEN HONG VO, a natural    )
     person; THONG VO, a natural person;)
12   NGAU THI NGUYEN, a natural person; )
     and SONIA LUONG, a natural person, )
13                                      )    2:06-cv-0072-GEB-EFB
                   Plaintiffs,          )
14                                      )
              v.                        )    STATUS (PRETRIAL
15                                      )    SCHEDULING) ORDER
     COUNTY OF SACRAMENTO, a local      )
16   government agency; JAN SCULLY, a   )
     natural person and the District    )
17   Attorney for Sacramento County;    )
     CYNTHIA BESEMER, a natural person  )
18   and Chief Deputy District Attorney )
     for Sacramento County; KAREN       )
19   MAXWELL, a natural person and      )
     Deputy District Attorney for       )
20   Sacramento County; NATALIA LUNA,   )
     a natural person and Deputy        )
21   District Attorney for Sacramento   )
     County; WILLIAM MOTMANS, a natural )
22   person and an investigator         )
     employed by the District Attorney  )
23   for Sacramento County; and JAMES   )
     COOPER, a natural person and a     )
24   captain of the Sacramento County   )
     Sheriff's Department,              )
25                                      )
                   Defendants.[1]       )
26   _____)

27   _____

28        [1]     The caption is modified to reflect the dismissal of Community
     Prosecution Unit on July 24, 2006.

                                        1

1    The Joint Status Report submitted by the parties on
2 September 8, 2006, reveals this action is not ready for scheduling.
3 Therefore, the status (pretrial scheduling) conference scheduled for
4 September 25, 2006, is rescheduled to commence at 9:00 a.m. on
5 December 18, 2006.  In accordance with the Order Setting Status
6 (Pretrial Scheduling) Conference filed January 12, 2006, the parties
7 shall file a further joint status report no later than December 4,
8 2006.[2]

9    IT IS SO ORDERED.
10 Dated:  September 20, 2006

11
12                              /s/ Garland E. Burrell, Jr.
                               GARLAND E. BURRELL, JR.
13                             United States District Judge
14
15
16
17
18
19
20
21
22
23
24 _____
25    [2]    The parties are reminded that "[t]he failure of one or more of
   the parties to participate in the preparation of the Joint Status Report
26 does not excuse the other parties from their obligation to timely file
   a status report in accordance with this Order. In the event a party
27 fails to participate as ordered, the party timely submitting the status
   report shall include a declaration explaining why it was unable to
28 obtain the cooperation of the other party or parties." (Order Setting
   Status (Pretrial Scheduling) Conference at 2 n.1.)