```
                IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA


RICHARD MADDOX, a natural person;   )
KAREN ALEXANDROU, a natural         )
person; TIEN HONG VO, a natural     )
person; THONG VO, a natural person; )
NGAU THI NGUYEN, a natural person;  )
and SONIA LUONG, a natural person,  )
                                    )   2:06-cv-0072-GEB-EFB
              Plaintiffs,           )
                                    )
         v.                         )   ORDER
                                    )
COUNTY OF SACRAMENTO, a local       )
government agency; JAN SCULLY, a    )
natural person and the District     )
Attorney for Sacramento County;     )
CYNTHIA BESEMER, a natural person   )
and Chief Deputy District Attorney  )
for Sacramento County; KAREN        )
MAXWELL, a natural person and       )
Deputy District Attorney for        )
Sacramento County; NATALIA LUNA,    )
a natural person and Deputy         )
District Attorney for Sacramento    )
County; WILLIAM MOTMANS, a natural  )
person and an investigator          )
employed by the District Attorney   )
for Sacramento County; and JAMES    )
COOPER, a natural person and a      )
captain of the Sacramento County    )
Sheriff's Department,               )
                                    )
              Defendants.           )
                                    )
```

On November 16, 2006, Plaintiffs Richard Maddox and Karen Alexandrou (collectively "Plaintiffs") filed a motion "for relief from th[e] portion of the Court's Order . . . filed November [6], 2006, ("O[rder]") dismissing PLAINTIFFS' action for lack of federal jurisdiction . . . ."[1] (Mot. at 2.) Plaintiffs' motion reveals they do not oppose the severance portion of the Order, since they state the Order "grant[ed] the request to sever the actions," (id.) but they do oppose the portion of the Order that dismissed their severed case under 28 U.S.C. § 1367(c)(2) and (3).

Plaintiffs' present motion has been noticed in a stayed action. Since Plaintiffs' case has been severed and they seek relief only from the dismissal portion of the Order, Plaintiffs' pending motion will be decided in a separate action.[2] Therefore, the Clerk of the Court is directed to create a new action into which all the documents filed thus far in 2:06-cv-0072-GEB-EFB shall be placed,[3] and shall assign the new action to the same district judge and magistrate judge since the new action is related to the instant action. Plaintiffs' motion filed on November 16, 2006, is deemed noticed for

/////
/////
/////

---

[1] The Order did not dismiss Plaintiff's action for lack of federal jurisdiction; the action was dismissed because the Court decided no federal question existed and it declined to continue exercising supplemental jurisdiction over Plaintiffs' state claims.

[2] As indicated in the Order, Maddox and Alexandrou's severed action was not given "its own action number" because it was dismissed under 28 U.S.C. § 1367(c)(2) and (3). (Order at 7-8.)

[3] Future filings in 2:06-cv-0072-GEB-EFB need not be copied into the new action.

1 | hearing in the new action, which will be created for all of Maddox and
2 | Alexandrou's claims.
3 |        IT IS SO ORDERED.
4 | Dated:  November 21, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge