IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MADDOX, a natural person; KAREN ALEXANDROU, a natural person; TIEN HONG VO, a natural person; THONG VO, a natural person; NGAU THI NGUYEN, a natural person; and SONIA LUONG, a natural person,<br><br>                    Plaintiffs,<br><br>          v.<br><br>COUNTY OF SACRAMENTO, a local government agency; JAN SCULLY, a natural person and the District Attorney for Sacramento County; CYNTHIA BESEMER, a natural person and Chief Deputy District Attorney for Sacramento County; KAREN MAXWELL, a natural person and Deputy District Attorney for Sacramento County; NATALIA LUNA, a natural person and Deputy District Attorney for Sacramento County; WILLIAM MOTMANS, a natural person and an investigator employed by the District Attorney for Sacramento County; and JAMES COOPER, a natural person and a captain of the Sacramento County Sheriff's Department,<br><br>                    Defendants. | 2:06-cv-0072-GEB-EFB<br><br><br><br><br><br><br><br><u>ORDER</u> |

         A status conference was held in this case on January 8, 2007, during which the following scheduling dates were issued:

1

```
            Last Date to Comply with Federal Rule of Civil
            Procedure 26(a)(2)'s Initial Expert Witness Disclosure
            and Report Requirements:  March 6, 2008

            Last Date to Complete Rebuttal/ Supplemental Expert
            Witness Disclosures:  April 7, 2008

            Discovery Completion Date:  August 6, 2008

            Last Hearing Date for Motions:  October 6, 2008

            Date of Final Pretrial Conference:  December 8, 2008

            Date for Trial to Commence:  March 10, 2009
```

Because the status conference was held prior to the Court's January 9, 2007 Order rescinding the severance in this action, the status conference was held on behalf of Plaintiffs Tien Hong Vo, Thong Vo, Ngau Thi Nguyen, and Sonia Luong, and on behalf of Defendants, but not on behalf of Plaintiffs Richard Maddox and Karen Alexandrou. Since it is unclear whether the assigned scheduling dates should govern this action, the scheduling dates ordered at the January 8 hearing are vacated. The parties are required to submit a Joint Status Report no later than January 22, 2007, addressing all topics outlined in Federal Rule of Civil Procedure 16(b). The Joint Status Report should also include a proposal regarding when it would be practicable to require Plaintiffs to file a motion for class certification.

IT IS SO ORDERED.

Dated: January 9, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2