Anthony J. Palik (SBN 190971)
LAW OFFICES OF FERNANDO F. CHAVEZ, INC.
1107 Ninth Street, Suite 1011
Sacramento, CA 95814
Office: (916) 325-1188
Fax:    (916) 325-1180

**Attorneys for Plaintiffs:** Richard Maddox, Karen Alexandrou, Tien Hong Vo, Thong Vo, Ngau Thi Nguyen, and Sonia Luong.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RICHARD MADDOX, et al., | Case No. 2:06-cv-00072 GEB EFB |
| Plaintiffs, | Complaint Filed: January 13, 2006 |
| v. | **STIPULATION AND ORDER** |
| COUNTY OF SACRAMENTO, et al. | |
| Defendants. | |

On January 18, 2007, ANTHONY J. PALIK who his counsel for plaintiffs RICHARD MADDOX, KAREN ALEXANDROU, TIEN HONG VO, THONG, VO, NGAU THI NGUYEN, and SONIA LUONG, conferred with JOHN A. LAVRA, who is counsel for defendants COUNTY OF SACRAMENTO, JAN SCULLY, CYNTHIA BESEMER, KAREN MAXWELL, NATALIA LUNA, WILLIAM MOTMANS, and JAMES COOPER in regard to the Order of this Court dated January 10, 2007 in the above-entitled case. As such, the aforementioned parties have agreed and stipulate as follows:

1.  Because the defendants are not objecting to the January 10, 2007 Order, it is no longer necessary to ask the Court to conduct a hearing regarding that Order and the plaintiffs will therefore ask the Court to drop the hearing presently scheduled for January 24, 2007. Plaintiffs reserve the right to reset this matter for a hearing on the January 10, 2007 Order upon forty eight hours notice.

////

2. The depositions of witnesses JEFF LEVERONI and DEBBIE NADOLNA (who is substituted for PATRICK GROFF) are continued to later dates to be determined by the parties, at the same time and place, and upon the same other terms as stated in the notices of deposition previously served for these depositions.

Dated: January 18, 2007

**THE LAW OFFICES OF FERNANDO F. CHAVEZ, INC.**


_____/signature on original_____
Anthony J. Palik, Esq
Attorney for Plaintiffs


Dated: _____

**LONGYEAR, O'DEA & LAVRA, LLP**


_____/signature on original_____
John A. Lavra, Esq.
Attorney for Defendants

## **ORDER**

The above stipulation is approved with the following modifications. The hearing previously scheduled for January 24, 2007, is vacated. This court's January 10, 2007 order shall remain in effect. If either party wishes to move the court to reconsider that order, it shall file a motion to that effect in accordance with the Federal Rules of Civil Procedure and Local Rule 78-230. If the parties believe it necessary to hear the motion on shortened time, they are directed to refer to and comply with Local Rule 6-144.

SO ORDERED:

Dated: January 23, 2007

_____
Edmund F. Brennan
U.S. Magistrate Judge