Anthony J. Palik (SBN 190971)
LAW OFFICES OF FERNANDO F. CHAVEZ, INC.
1107 Ninth Street, Suite 1011
Sacramento, CA 95814
Office: (916) 325-1188/Fax:  (916) 325-1180

**Attorneys for Tien Hong Vo, Thong Vo, Ngau Thi Nguyen, and Sonia Luong.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| TIEN HONG VO, THONG VO, NGAU THI NGUYEN, and SONIA LUONG, <br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO, JAN SCULLY, CYNTHIA BESEMER, KAREN MAXWELL, NATALIA LUNA, WILLIAM MOTMANS, and JAMES COOPER,<br><br>Defendants. | Case No. 2:06-CV-00072-GEB-EFB<br><br>**STIPULATION AND PROPOSED ORDER FOR LEAVE TO AMEND COMPLAINT**<br><br>[FRCivP 15(a)] |

Pursuant to Rule 15(a) of the Federal Rules of Evidence, the parties in the above-entitled matter, by and through their attorneys of record, stipulate to permit the plaintiffs to amend their complaint according to the plaintiffs' allegations contained in the First Amended Complaint for Damages, Injunctive Relief, Declaratory Relief, and Demand for Jury Trial filed herewith.  It is further stipulated that those defendants who have already appeared herein hereby waive notice and service of the amended complaint and shall not be required to answer the amendment, and that all denials, responses, and affirmative defenses contained in the answer filed by the defendants to the original complaint shall be considered responsive to the amended complaint.

Dated: February 26, 2007

**THE LAW OFFICES OF FERNANDO F. CHAVEZ, INC.**

_____
Anthony J. Palik, Esq.
Attorney for Plaintiffs

1  Dated: February 26, 2007

2  **LONGYEAR, O'DEA & LAVRA, LLP**

4
5  John A. Lavra, Esq.
   Attorney for Defendants

7  IT IS SO ORDERED:[1]

8  Dated: February 28, 2007

10  GARLAND E. BURRELL, JR.
11  United States District Judge

---

27  [1]  This Order moots Plaintiff's motion to amend the complaint filed February 26,
28  2007, and vacates the hearing scheduled for April 16, 2007.