1 | Anthony J. Palik (SBN 190971)
  | LAW OFFICES OF FERNANDO F. CHAVEZ, INC.
2 | 1107 Ninth Street, Suite 1011
  | Sacramento, CA 95814
3 | Office: (916) 325-1188
  | Fax:    (916) 325-1180

**Attorneys for Plaintiffs:**   Richard Maddox, Karen Alexandrou, Tien Hong Vo, Thong Vo, Ngau Thi Nguyen, and Sonia Luong.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RICHARD MADDOX, et al., ) | Case No. 2:06-cv-00072 GEB EFB |
| Plaintiffs, ) | Complaint Filed: January 13, 2006 |
| v. ) | **STIPULATION AND ORDER** |
| COUNTY OF SACRAMENTO, et al. ) | |
| Defendants. ) | |

On June 19, 2007, ANTHONY J. PALIK who his counsel for plaintiffs RICHARD MADDOX, KAREN ALEXANDROU, TIEN HONG VO, THONG, VO, NGAU THI NGUYEN, and SONIA LUONG, conferred with JOHN A. LAVRA, who is counsel for defendants COUNTY OF SACRAMENTO, JAN SCULLY, CYNTHIA BESEMER, KAREN MAXWELL, NATALIA LUNA, WILLIAM MOTMANS, and JAMES COOPER, and ROY ROBERT GIRARD, who is counsel for defendants VICTOR NGUYEN (aka VICTOR BAO) and ANNA NGUYEN, in regard to the initial disclosures ordinarily provided for by Rule 26 of the Federal Rules of Civil Procedure.

IT IS HEREBY AGREED AND STIPULATED by the aforementioned parties herein, by and through their attorneys, that they shall mutually waive any requirements stated under Rule 26(a)(1) for the production of each party's initial disclosures otherwise required by that rule.

//

//

//

SO STIPULATED AND AGREED:

Dated: June 19, 2007

**THE LAW OFFICES OF FERNANDO F. CHAVEZ, INC.**

    Signature on original

---
Anthony J. Palik, Esq.
Attorney for Plaintiffs


Dated: _____

**LONGYEAR, O'DEA & LAVRA, LLP**

    Signature on original

---
John A. Lavra, Esq.
Attorney for Defendants County of Sacramento, et al.


**WAGNER KIRKMAN BLAINE KOMPARENS & YOUMANS, LLP**

    Signature on original

---
Roy Robert Girard, Esq.
Attorney for Defendants Victor and Anna Nguyen


SO ORDERED:

Dated:  July 2, 2007.

                                    _____
                                    Edmund F. Brennan
                                    U.S. Magistrate Judge