IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD MADDOX, et al.,

       Plaintiffs,
vs.                                                         CIV-S-06-0072 GEB EFB

COUNTY OF SACRAMENTO, et al.,

       Defendants.
_____/

      Plaintiffs filed a discovery motion on July 25, 2007, and set the matter for hearing on **August 15, 2007, at 10:00 a.m.** Plaintiffs, in disregard of E.D. Cal. L.R. 37-251, filed a memorandum of points and authorities supporting the motion. Local Rule 37-251(b) provides that discovery motions such as the one presented in this case shall not be heard unless the parties have conferred, attempted to resolve their differences, and timely filed a joint stipulation as set forth in 37-251(c). Accordingly, the court orders the parties to file a joint statement consistent with the Local Rule. Notwithstanding the three days specified by E.D. Cal. L.R. 37-251, the joint statement *shall be filed no later than five court days before the scheduled hearing.* The filing deadline, accordingly, will be **August 8, 2007.**

      The dispute may be organized by category, with specific discovery items attached, if appropriate, as an exhibit. For each disputed category or individual item, include: (1) the specific disputed discovery category or item; (2) the response; (3) the moving party's position; and (4) the opposition. E.D. Cal. L.R. 37-251(c)(3). Do not file separate briefing. *Id.*

      Privilege objections must comply with Fed. R. Civ. P. 26(b)(5). Except in extraordinary circumstances, the party claiming privilege may not submit a post-hearing privilege log. The failure properly to support a privilege objection with a privilege log may be deemed to waive it.

      The moving party is responsible for filing the joint statement. The opposing party nevertheless must timely draft and submit its portion. Failure of either party to use best efforts to ensure timely filing will be cause for sanctions.

Dated: July 26, 2007.

                                                                        EDMUND F. BRENNAN
                                                                       U.S. Magistrate Judge