Anthony J. Palik (SBN 190971)
LAW OFFICES OF FERNANDO F. CHAVEZ, INC.
1107 Ninth Street, Suite 1011
Sacramento, CA 95814
Office: (916) 325-1188/Fax:  (916) 325-1180

**Attorneys for Plaintiffs Richard Maddox, Karen Alexandrou, Tien Hong Vo, Thong Vo, Ngau Thi Nguyen, and Sonia Luong.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TIEN HONG VO, THONG VO, NGAU THI NGUYEN, and SONIA LUONG,<br><br>Plaintiffs<br><br>v.<br><br>COUNTY OF SACRAMENTO, JAN SCULLY, CYNTHIA BESEMER, KAREN MAXWELL, NATALIA LUNA, WILLIAM MOTMANS, and JAMES COOPER,<br><br>Defendants. | Case No. 2:06-CV-00072-GEB-PAN<br><br>**STIPULATED REQUEST AND ORDER TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO COMPEL DISCOVERY RE WARREN WEIKEL** |

Pursuant to the Court's order dated August 16, 2007, and Local Rule 78-230(g), the above-named plaintiffs and defendants hereby submit the following stipulated request to continue the hearing date on the Plaintiffs' Motion to Compel Discovery re Warren Weikel:

1. A deposition of a witness in the above-entitled case, WARREN WEIKEL, was conducted on June 27, 2007.

2. After an exchange of correspondence between the parties subsequent to the deposition regarding MR. WEIKEL's testimony, plaintiffs herein filed a motion to compel the answers to several questions to which objections had been interposed and the witness had been instructed not to answer on various grounds including asserted evidentiary privileges.

3. Misconstruing Local Rule 37-251 and mistakenly believing that a memorandum of points and authorities would be filed in addition to a joint statement of the parties, on July 25, 2007, plaintiffs filed a Notice of Motion to compel the witness to answer certain questions posed to him

1  at his deposition but for which no answers were give, along with a memorandum of points and
2  authorities.  On July 26, 2007, this Court ordered that a joint statement be filed pursuant to Local
3  Rule 37-251 five court days before the hearing on plaintiffs' motion, which was originally scheduled
4  to be heard on August 15, 2007.  Because the parties were originally scheduled to meet and confer
5  on August 9 regarding the plaintiffs' motion (and the joint statement was now due on August 8
6  pursuant to the Court's order), plaintiffs' counsel contacted the Court's deputy and rescheduled the
7  hearing date by one week, to August 22, so that sufficient time would be available for the
8  opportunity to meet and confer.  In the meantime, the plaintiffs drafted a joint statement, which was
9  submitted to defense counsel prior to the August 9 meeting.

10 4.    On August 9, the parties met and discussed the plaintiffs' motion, at which time it was
11 determined that plaintiffs would need to redraft the joint statement in order to fully comply with the
12 requirements of Rule 37-251.  When it became clear to plaintiffs that they would not have sufficient
13 time to complete the revision before the new due date of August 15, they filed an amended Notice
14 of Motion resetting the hearing date to August 29, 2007, using the same procedure that had been
15 followed previously.[1]

16 5.    On August 16, 2007, the Court filed a minute order in which plaintiffs' Amended Notice of
17 Motion was generously construed as a request for a continuance of the hearing date pursuant to
18 Local Rule 78-230(g), and the plaintiffs were instructed to follow that rule when requesting any
19 further continuances.

20 6.    On August 19, 2007, after spending the weekend completing the revisions to the joint
21 statement, plaintiffs' counsel sent the joint statement by e-mail to defense counse, MR. JOHN
22 LAVRA, so that he could complete his portion.  Because the present date for submission of the joint
23 statement is August 22 and would not afford the defendants sufficient time to complete their portion

---

25 [1]Because the courtroom deputy was not available for consultation on the day that the
26 Amended Notice of Motion was filed, plaintiffs' counsel followed the instructions contained in
27 the deputy's voice mail regarding the Courts' self-set calendar and filed the Amended Notice of
28 Motion.

1  of that statement, the parties are requesting additional time to permit the defendants to do so.

2  7.     Therefore, the parties are asking the court to continue the date set for a hearing on Plaintiffs'
Motion to Compel re Warren Weikel to September 5, 2007, with the joint statement to be filed on
or before August 29, 2007.

Respectfully Submitted,

Dated: August 20, 2007

**THE LAW OFFICES OF FERNANDO F. CHAVEZ, INC.**

_____/s/_____
Anthony J. Palik, Esq.

Dated: 8/20/07

**LONGYEAR, O'DEA & LAVRA, LLP**

_____/s/ Jeri L. Pappone_____
John A. Lavra, Esq.

ORDER

Pursuant to the above stipulated request to continue the hearing date for the Plaintiffs' Motion to Compel Discovery re Warren Weikel, and good cause appearing therefor, it is hereby ordered that the hearing date on that motion is continued to September 5, 2007., at 10:00 a.m., in Courtroom 25 of this court, and that the joint statement required by L.R. 37-251 be filed on or before August 29, 2007.

SO ORDERED,

Dated: August 23, 2007.

By: _/s/ Edmund F. Brennan_____
       Magistrate Judge

                                    ##

**This matter having been previously continued twice, no further continuances will be granted.**