IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD MADDOX, et al.,

    Plaintiffs,   No. CIV S-06-0072 GEB EFB

vs.

COUNT OF SACRAMENTO, et al.,   <u>ORDER</u>

    Defendants.

_____/

    This case was before the undersigned on September 5, 2007, for hearing on plaintiffs' motion to compel additional deposition testimony from non-party witness, Warren Weikel. Anthony James Palik appeared as plaintiffs' counsel and John A. Lavra appeared as defense counsel. Having considered the parties' joint statement and heard oral argument, the court issues the following order.

    For the reasons set forth during the hearing, the court grants plaintiffs' motion to compel additional deposition testimony from deponent Warren Weikel. The parties shall designate a mutually agreeable time to reconvene Mr. Weikel's deposition, during which he is compelled to answer the questions set forth in the joint statement. Further, the court construes plaintiffs' request for production of documents set forth in the June 15, 2007, letter to defense counsel as a formal discovery request pursuant to Fed. R. Civ. P. 34, directed toward defendant, County of

1 Sacramento, to the extent the County has custody of the requested documents.  *See* Exhibit H to
2 Declaration of Anthony J. Palik in Support of Plaintiffs' Motion.  Defendants shall have thirty
3 days from the date of service of this order to produce those documents.  If defendants believe
4 that a responsive document is privileged, they shall provide a privilege log in compliance with
5 Fed. R. Civ. P. 26(b)(5).
6     Finally, as discussed at the hearing, to the extent the parties wish to prepare and submit
7 for the court's approval a proposed stipulated protective order governing the use of Mr. Weikel's
8 deposition testimony, they may do so.
9     SO ORDERED.
10 DATED: September 6, 2007.

EDMUND F. BRENNAN  
UNITED STATES MAGISTRATE JUDGE

2