IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
TIEN HONG VO, a natural person;    )
THONG VO, a natural person;        )   2:06-cv-0072-GEB-EFB
NGAU THI NGUYEN, a natural         )
person;  SONIA LUONG, a            )
natural person,                    )
                                   )
              Plaintiffs,          )
                                   )
         v.                        )   ORDER
                                   )
COUNTY OF SACRAMENTO, a local      )
government agency; JAN SCULLY,     )
individually and as the District   )
Attorney for Sacramento County;    )
CYNTHIA BESEMER, individually      )
and as Chief Deputy District       )
Attorney for Sacramento County;    )
KAREN MAXWELL, individually and    )
as Deputy District Attorney for    )
Sacramento County; NATALIA LUNA,   )
individually and as Deputy         )
District Attorney for Sacramento   )
County; WILLIAM MOTMANS,           )
individually and as an             )
investigator employed by the       )
District Attorney for Sacramento   )
County; and JAMES COOPER,          )
individually and as a Captain of   )
the Sacramento County Sheriff's    )
Department,                        )
                                   )
              Defendants.          )
                                   )
```

On April 18, 2008, Parties filed a Joint Stipulation and [Proposed] Order Continuing Scheduling Order Dates (the

1

1  "Stipulation.")  However, in light of how long this action has been
2  pending, and the failure of the parties to show good cause that
3  justifies the proposals in the Stipulation, the Stipulation is not
4  approved.
5       IT IS SO ORDERED.
6  Dated:  April 22, 2008

                                      GARLAND E. BURRELL, JR.
                                      United States District Judge