1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MADDOX, a natural person; KAREN ALEXANDROU, a natural person; TIEN HONG VO, a natural person; THONG VO, a natural person; NGAU THI GUYEN, a natural person; and SONIA LUONG, a natural person,<br><br>        Plaintiffs,<br><br>    v.<br><br>COUNTY OF SACRAMENTO, a local government agency; JAN SCULLY, individually and as the District Attorney for Sacramento County; CYNTHIA BESEMER, individually and as Chief Deputy District Attorney for Sacramento County; KAREN MAXWELL, individually as Deputy District Attorney Sacramento County; NATALIA individually and as Deputy District Attorney for Sacramento County; WILLIAM MOTMANS, individually and as an investigator employed by the District Attorney for Sacramento County; and JAMES COOPER, individually and as a Captain the Sacramento County Sheriff's Department,<br>        Defendants. | 2:06-cv-0072-GEB-DAD<br><br><br><br><br><br>ORDER |

On August 6, 2008, Plaintiffs filed a motion to modify the discovery completion date prescribed in the Status (Pretrial Scheduling) Order filed on January 26, 2007.  The motion is opposed.  Since it appears that scheduling in this action can be modified in a manner that avoids the need to decide the pending motion, the Rule 16 Scheduling Order filed January 26, 2007, is modified as follows[1]:

    (1)  discovery shall be completed by November 10, 2008;

    (2)  the last hearing date for motions shall be December 15, 2008, at 9:00 a.m.; and

    (3)  the final pretrial conference is set for February 9, 2009, at 2:30 p.m.

Since this ruling moots the motion to extend the discovery completion date scheduled for hearing on September 8, 2008, that motion is denied as moot, and that hearing is vacated.

IT IS SO ORDERED.

Dated:  September 4, 2008

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Because of the below modifications, it is unlikely that a settlement conference supervised by a federal judge will be scheduled in this action.