IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

---

TIEN HONG VO, et al.,

    Plaintiffs,                            CIV-S-06-0072 GEB EFB

      v.

COUNTY OF SACRAMENTO, et al.,

    Defendants.

_____ _____/

      On September 26, 2008, the parties agreed, and the court now approves, that plaintiffs' second amended motion for order compelling discovery **will now be heard on Wednesday, October 15, 2008, at 10:00 a.m.** Notwithstanding the three days specified by E.D. Cal. L.R. 37-251, the joint statement shall be filed not later than *five* court days before the scheduled hearing. Accordingly, the **deadline for filing the joint statement shall be Wednesday, October 8, 2008, by 5:00 p.m.**

      The dispute may be organized by category, with specific discovery items attached, if appropriate, as an exhibit. For each disputed category or individual item, include: (1) the specific disputed discovery category or item; (2) the response; (3) the moving party's position; and (4) the opposition. E.D. Cal. L.R. 37-251(c)(3). Do not file separate briefing. *Id.*

      Privilege objections must comply with Fed. R. Civ. P. 26(b)(5). Except in extraordinary circumstances, the party claiming privilege may not submit a post-hearing privilege log. The failure properly to support a privilege objection with a privilege log may be deemed to waive it.

      The moving party is responsible for filing the joint statement. The opposing party nevertheless must timely draft and submit its portion. Failure of either party to use best efforts to ensure timely filing will be cause for sanctions.

DATED: October 1, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE