```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


TIEN HONG VO, a natural person;     )
THONG VO, a natural person;         )   2:06-cv-0072-GEB-EFB
NGAU THI NGUYEN, a natural person;  )
and SONIA LUONG, a natural person,  )
                                    )
              Plaintiffs,           )
                                    )
         v.                         )   ORDER
                                    )
COUNTY OF SACRAMENTO, a local       )
government agency; JAN SCULLY, a    )
natural person and the District     )
Attorney for Sacramento County;     )
CYNTHIA BESEMER, a natural person   )
and Chief Deputy District Attorney  )
for Sacramento County; KAREN        )
MAXWELL, a natural person and       )
Deputy District Attorney for        )
Sacramento County; NATALIA LUNA,    )
a natural person and Deputy         )
District Attorney for Sacramento    )
County; WILLIAM MOTMANS, a natural  )
person and an investigator          )
employed by the District Attorney   )
for Sacramento County; and JAMES    )
COOPER, a natural person and a      )
captain of the Sacramento County    )
Sheriff's Department,               )
                                    )
              Defendants.           )
_____ )
```

/ / /

/ / /

On December 1, 2008, the parties filed a stipulation to change the last hearing date for motions prescribed in the Rule 16 scheduling order.  The stipulation will not be signed because it does not provide sufficient time for a ruling on any filed motion prior to the scheduled final pretrial conference.

IT IS SO ORDERED.

Dated:  December 2, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge