IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIEN HONG VO, et al.   )
                       )
        Plaintiffs,    )   2:06-cv-00072-GEB-EFB
                       )
        v.             )   ORDER*
                       )
JAN SCULLY, et al.,    )
                       )
        Defendants.    )
_____)

        Plaintiffs move for extension of the discovery completion date, arguing they need extra time to file motions to compel two depositions and the production of a few documents. Plaintiffs noticed the motion for hearing on January 12, 2009, which is two months after the November 10, 2008 discovery completion date, less than a month before the scheduled final pretrial conference, and two months before the scheduled trial commencement date. Plaintiffs argue in a conclusory manner that "good cause" exists justifying amendment of the discovery completion date. However, Plaintiffs fail to specify why they could not have brought the discovery motions referenced in their

---

    * This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h).

motion noticed for hearing January 12, 2009 earlier, and why it was necessary for them to schedule this motion after the discovery completion date.  Since Plaintiffs have not demonstrated good cause supports their requested amendment, the motion is denied, and the January 12, 2009 hearing is vacated.

Dated:  December 3, 2008

```
                          _____
                          GARLAND E. BURRELL, JR.
                          United States District Judge
```