LONGYEAR, O'DEA & LAVRA, LLP

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

Tel: 916-974-8500 Fax: 916 974-8510

VAN LONGYEAR, CSB No. 84189
JOHN A. LAVRA, CSB No. 114533
AMANDA BUTTS, CSB No. 253651

Attorneys for Defendants, County of Sacramento,
Community Prosecution Unit,
Jan Scully,
Cynthia Besemer,
Karen Maxwell,
Natalia Luna,
William Motmans, and
James Cooper

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MADDOX, a natural person, KAREN ALEXANDROU, a natural person, TIEN HONG VO, a natural person, THONG VO, a natural person, NGAU THI NGUYEN, a natural person, AND SONIA LUONG, a natural person<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, a local government agency, et al.,<br><br>Defendants. | CASE NO.:  2:06-CV-00072-GEB-EFB<br><br>ORDER APPROVING STIPULATION TO EXTEND TIME TO REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND RESCHEDULING HEARING<br><br>DATE: December 15, 2008<br>TIME: 9:00 A.M.<br>The Honorable Garland E. Burrell, Jr. |

Defendants, County of Sacramento, Community Prosecution Unit, Jan Scully, Cynthia Besemer,  Karen Maxwell, Natalia Luna, William Motmans, and James Cooper, by and through their attorneys of record, Van Longyear and Amanda Butts of Longyear, O'Dea & Lavra LLP, and counsel for plaintiffs, Anthony J. Palik of The Law Offices of Fernando F. Chavez, Inc., hereby submit this Stipulation and Proposed Order for an extension of time, to and through Wednesday, December 10, 2008, for defendants to file and serve a reply to plaintiffs' opposition to defendants' Motion for Summary Judgment and in the Alternative Summary Adjudication.

Plaintiffs' opposition was due on Monday, December 1, 2008. Defendants received plaintiffs' opposition after 4:00 PM on Wednesday, December 3, 2008. Furthermore, counsel for defendants is currently attending a pre-paid seminar on December 4, 2008 and December 5, 2008 for the Association of Defense Counsel. Defendants' reply is currently due on Monday, December 8, 2008. Therefore the extension of time consists of an additional two (2) court days.

The parties stipulate to extend the time for defendants to file and serve a reply to plaintiffs' opposition to the motion for summary judgment to and through Wednesday, December 10, 2008.

**IT IS SO STIPULATED.**

Dated: December 4, 2008                    THE LAW OFFICES OF FERNANDO F. CHAVEZ, INC.


By:   / s / Anthony J. Palik
        ANTHONY J. PALIK
        Attorney for Plaintiffs


Dated:  December 4, 2008                   LONGYEAR, O'DEA & LAVRA, LLP


By:   / s / Van Longyear
        VAN LONGYEAR
        Attorneys for Defendants

**WHAT IS REQUESTED REDUCES THE AMOUNT OF TIME THE JUDGE HAS TO CONSIDER THE REPLY BEFORE THE HEARING.  HOWEVER, SINCE PLAINTIFFS FILED THEIR OPPOSITION LATE (WITHOUT LEAVE OF COURT) THE REQUEST IS GRANTED AND THE HEARING ON THE MOTION IS RESCHEDULED TO COMMENCE AT 10:00 A.M. ON 12/18/08.**

Dated:  December 4, 2008

                                                     /s/ Garland E. Burrell, Jr.
                                                     GARLAND E. BURRELL, JR.
                                                     United States District Judge

LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, CA 95864
(916) 974-8500

Stipulation to Extend Time to Reply to Plaintiffs' Opposition to Motion for Summary Judgment And [Proposed] Order
Page 2

PDF created with pdfFactory trial version www.pdffactory.com